# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| James Gregory Merkerson, | ) | CASE NO. 15-59857-MGD |
| | ) | |
| Debtor. | ) | JUDGE DIEHL |

## SUGGESTION OF DEATH

COMES NOW the attorney for James Gregory Merkerson hereby files this Suggestion of Death. James Gregory Merkerson died on December 13, 2015.

This 21st Day of January, 2016.

                                              Craig Cooper    /s/
                                              Craig Cooper
                                              GA Bar No. 941033
                                              Robert J. Semrad & Associates
                                              101 Marietta Street
                                              Suite 3600
                                              Atlanta, GA 30303
                                              (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| James Gregory Merkerson, | ) | CASE NO. 15-59857-MGD |
| | ) | |
| Debtor. | ) | JUDGE DIEHL |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the fore-going Suggestion of Death upon the Chapter 13 Trustee and all interested parties by depositing the same in the U.S. mail in properly addressed envelopes with sufficient postage affixed thereto and correctly addressed as follows:

**Mary Ida Townson**
**Chapter 13 Trustee**
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

**James Gregory Merkerson**
2249 Niskey Lake Road
Atlanta, GA 30331

[See attached creditor's matrix for additional parties served]

<u>Craig Cooper    /s/</u>
Craig Cooper
GA Bar No. 941033
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7160